**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

FILED
JUL 1 5 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>Hua Van Nguyen<br>Defendant. | Case Number<br>CR 05 - 70582 HRL<br><br>ORDER - CJA CONTRIBUTION(s) DUE |

It appearing that the defendant is financially able to contribute to the cost of his representation under the Criminal Justice Act, 18 U.S.C., Section 3006 (A),

IT IS HEREBY ORDERED THAT:

[✓] THE DEFENDANT IS LIABLE FOR A CONTIRUBUTION OF $ _100_ PER MONTH, until the case is concluded or until further order of the Court, commencing: _if out of custody_

  [✓] That certain date of _August_ and the SAME DAY each month thereafter;

  [ ] The first day of _____ and the FIRST DAY of each month thereafter;

  [ ] MAIL TO:    Clerk, U. S. District Court
                  280 South First Street, Room 2112
                  San Jose, CA. 95113-3095

Please indicate that this is a CJA payment and include the case number shown above.

[ ] THE DEFENDANT IS LIABLE FOR A ONE-TIME CONTRIBUTION OF $_____, DUE BY:

  [ ] That certain date of _____;

  [ ] MAIL TO:    Clerk, U. S. District Court
                  280 South First Street, Room 2112
                  San Jose, CA. 95113-3095

Please indicate that this is a CJA Payment and include the case number shown above.

DATED: 7/15/05                          _____
                                        U.S. MAGISTRATE JUDGE

cc: Defense counsel, defendant, AUSA, Finance Office, Probation

AO 72